```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  TERRY JOE BURTON,                      No. CIV S-05-2131-FCD-CMK-P
12              Plaintiff,
13        vs.                              ORDER
14  ADAMS, et al.,
15              Defendants.
16                                  /
```

17          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18  to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to proceed in forma

19  pauperis (Docs. 4 & 6).  Plaintiff's complaint will be addressed separately.

20          Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C.

21  § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

22          Accordingly, IT IS HEREBY ORDERED that:

23          1.      Plaintiff's motion for leave to proceed in forma pauperis is granted;

24          2.      Plaintiff is required to pay the $250.00 statutory filing fee for this action

25  pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

26  / / /

1

Dockets.Justia.com

1         3.      No initial partial filing fee will be assessed pursuant to 28 U.S.C.
2 § 1915(b)(1); and
3         4.      Plaintiff will be obligated for monthly payments of twenty percent of the
4 preceding month's income credited to plaintiff's prison trust account, such payments to be
5 forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
6 account exceeds $10.00, until the $250.00 filing fee is paid in full, pursuant to 28 U.S.C.
7 § 1915(b)(2).
8
9 DATED: November 9, 2005.
10
11                                                  **CRAIG M. KELLISON**
12                                                   UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26