IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRY JOE BURTON,                              No. CIV S-05-2131-FCD-CMK-P

        Plaintiff,

   vs.                                                    ORDER

ADAMS, et al.,

        Defendants.

                               /

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's first amended complaint (Doc. 10), filed on December 21, 2006.  The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  See 28 U.S.C. § 1915A(a).

        Plaintiff names the following as defendants: Adams; Lee; Evert; and Quadro.  Plaintiff claims that defendants Lee, Evert, and Quadro processed his confidential legal mail and that they delivered it to him having already been opened outside his presence.  Plaintiff also asserts that defendant Adams denied that this happened and approved the re-routing of two pieces of legal mail.

        The first amended complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff

1

has a reasonable opportunity to prevail on the merits of this action. The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendant(s):

   ADAMS,

   LEE,

   EVERT, and

   QUADRO;

2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the first amended complaint filed December 21, 2005; and

3. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. Four completed USM-285 form(s); and

   d. Five copies of the endorsed first amended complaint filed December 21, 2005.

DATED: May 22, 2006.

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY JOE BURTON,<br>　　　　Plaintiff,<br>　vs.<br>ADAMS, et al.,<br>　　　　Defendants.<br>_____/ | No. CIV S-05-2131-FCD-CMK-P |

NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the court's order:

　　　　__1__　　completed summons form;
　　　_____　　completed USM-285 form(s); and
　　　_____　　copies of the first amended complaint filed on December 21, 2005.

DATED: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　Plaintiff

3