IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| TERRY JOE BURTON,<br><br>                            Plaintiff,<br><br>     v.<br><br>ADAMS, et al.,<br><br>                            Defendants. | NO. 2:05-CV-2131 FCD CMK P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

      Good cause appearing, Defendants[1] are granted a 30-day extension of time to respond to Plaintiff's Complaint. Defendants' responses to Plaintiff's complaint shall be due on or before Wednesday, October 18, 2006.

September 25, 2006

                                  /s/   **CRAIG M. KELLISON**
                                  Craig M. Kellison
                                  UNITED STATES MAGISTRATE JUDGE

---

    1. Defendants Evert and Quadro have not yet requested representation by the Office of Attorney General. No appearance is made on their behalf.

1