

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERRY JOE BURTON, | No. CIV S-05-2131-FCD-CMK-P |
|     Plaintiff, | |
|   vs. | <u>ORDER</u> |
| ADAMS, et al., | |
|     Defendants. | |
| _____ / | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendant Evert's motion for an extension of time (Doc. 20) to October 23, 2006, to respond to plaintiff's complaint.[1] Good cause appearing therefor, the request will be granted. The court will also sua sponte extend the time for defendants Lee and Adams to respond to the complaint.

/ / /

/ / /

/ / /

---

[1] Defendants Lee and Adams were granted an extension of time to October 23, 2006, by order issued on September 26, 2006. Defendant Quadro has not been served.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant Evert's motion for an extension of time (Doc. 20) is granted;

2. The court sua sponte grants defendants Lee and Adams an extension of time; and

3. Defendants Evert, Lee, and Adams shall file a response to plaintiff's complaint by October 23, 2006.

DATED: October 11, 2006.

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE