**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

TERRY JOE BURTON,                               No. CIV S-05-2131-FCD-CMK-P

    Plaintiff,

  vs.                                                            <u>ORDER</u>

ADAMS, et al.,

    Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for entry of default (Doc. 22) as against defendant Quadro.[1] Plaintiff seeks entry of default because defendant Quadro has not appeared in the action. Plaintiff has not, however, demonstrated that defendant Quadro has failed to plead as required by law. <u>See</u> Fed. R. Civ. P. 55(a). Specifically, plaintiff has not provided evidence to show that defendant Quadro has been served with the summons and complaint. Until defendant Quadro has been served, he is not required by law to plead in response to the

---

[1] Plaintiff's document is entitled "Request for Entry of Default Judgement." Because entry of default must be obtained before a default judgment may be entered, the court construes plaintiff's document as a request for entry of default.

1

1  complaint.  Therefore, entry of default at this time is not appropriate.

2         Accordingly, IT IS HEREBY ORDERED that plaintiff's request for entry of
3  default (Doc. 22) is denied.

5  DATED: October 25, 2006.

```
                                        _____
                                        CRAIG M. KELLISON
                                        UNITED STATES MAGISTRATE JUDGE
```