IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY JOE BURTON, | No. CIV S-05-2131-FCD-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ADAMS, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are plaintiff's requests (Docs. 34 and 35) for documents under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 521, et seq. In his requests, plaintiff seeks documents from various agencies of the State of California. Because the FOIA is limited to information from agencies of the United States government, see Kerr v. U.S. Dist. Ct. (511 F.2d 192, 197 (9th Cir. 1975), the court cannot grant plaintiff's requests. Furthermore, it appears that many of the documents plaintiff seeks were addressed in the court's recent order on plaintiff's motion to compel.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's FOIA requests (Docs. 34 and 35) are denied.

DATED: February 28, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE