IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY JOE BURTON,<br><br>      Plaintiff,<br><br>  vs.<br><br>ADAMS, et al.,<br><br>      Defendants.<br>_____/ | No. CIV S-05-2131-FCD-CMK-P<br><br><br><br>ORDER |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are: (1) plaintiff's motion for leave to file a second amended complaint (Doc. 40); and (2) plaintiff's motion for modification of the scheduling order (Doc. 39). Defendants shall file a response to these motions within 30 days of the date of this order.

       IT IS SO ORDERED.

DATED: March 6, 2007.

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE