1

2

3

4

5

6

7               IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9   TERRY JOE BURTON,

10          Plaintiff,              No. CIV S-05-2131 FCD CMK P

11      vs.

12   ADAMS, et al.,

13          Defendants.             <u>ORDER</u>

14   _____/

15              On February 7, 2007, plaintiff filed a request for reconsideration of the magistrate

16   judge's order filed January 19, 2007, denying in part the plaintiff's motion to compel.  Pursuant

17   to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly

18   erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not

19   appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

20              Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of

21   the magistrate judge filed January 19, 2007, is affirmed.

22   DATED: March 8, 2007.

23

24                                    _____

25                                    FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE

26