IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY JOE BURTON, | | No. CIV S-05-2131-FCD-CMK-P |
| | Plaintiff, | |
| vs. | | ORDER |
| ADAMS, et al., | | |
| | Defendants. | |
| _____/ | | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendants' motion for modification of the scheduling order (Doc. 50), filed on June 19, 2007.  In their motion, defendants seek additional time, to August 2, 2007, to file a motion for summary judgment addressing plaintiff's claims.  Defendants also seek to have the remainder of the schedule for this case vacated pending resolution of their motion for summary judgment.  Good cause appearing therefor, the request will be granted.[1]

---

[1] This is not inconsistent with the court's May 24, 2007, order denying plaintiff's request for modification of the scheduling order.  In his motion, plaintiff had sought modification of the schedule in order to conduct further discovery on a specific issue which had adequately been addressed in discovery already conducted by the parties.

1

Accordingly, IT IS HEREBY ORDERED that:

    1.    Defendants' motion for modification of the scheduling order is granted;

    2.    Defendants shall have until August 2, 2007, to file a motion for summary judgment;

    3.    All remaining deadlines in the current schedule, including the October 20, 2007, trial date are vacated pending further order of the court.

DATED:  June 20, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE