IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY JOE BURTON, | No. CIV S-05-2131 FCD CMK P |
| Plaintiff, | |
| vs. | ORDER |
| ADAMS, et al., | |
| Defendants. | |
| _____/ | |

On June 18, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 24, 2007, denying leave to further amend the complaint and modification of the scheduling order to re-open discovery. Pursuant to Easter District of California Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 24, 2007, is affirmed.

DATE: July 6, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE