1

2

3

4

5

6

7

8        **IN THE UNITED STATES DISTRICT COURT**

9        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   TERRY JOE BURTON,                        No. CIV S-05-2131-FCD-CMK-P

12              Plaintiff,

13        vs.                                  <u>ORDER</u>

14   ADAMS, et al.,

15              Defendants.

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   Eastern District of California local rules.

20              On December 27, 2007, the magistrate judge filed findings and recommendations

21   herein which were served on the parties and which contained notice that any objections to the

22   findings and recommendations were to be filed within 20 days.  Timely objections to the

23   findings and recommendations have been filed.

24   ///

25   ///

26   ///

1    In his objections, plaintiff states the magistrate judge did not address his claim of

2  "censorship."  Specifically, he alleges that defendants used white out to cover the court's return

3  address on mail sent by the court and that this resulted in the mail being "disallowed" under

4  prison rules requiring a return address on all mail.  The magistrate judge did, however, address

5  this issue to the extent he concluded that incoming legal mail from the courts is not protected

6  under the First Amendment.  Moreover, as defendants argued in their motion for summary

7  judgment, plaintiff admitted in his deposition that he did not know which defendant allegedly

8  tampered with his legal mail.  Thus, plaintiff has no evidence to establish any genuine dispute as

9  to this claim.  Finally, the undisputed facts reveal that plaintiff ultimately received the mail in

10  question.

11    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

12  304, this court has conducted a de novo review of this case.  Having carefully reviewed the

13  entire file, the court finds the findings and recommendations to be supported by the record and

14  by proper analysis.

15    Accordingly, IT IS HEREBY ORDERED that:

16    1.    The findings and recommendations filed December 27, 2007, are adopted

17  in full;

18    2.    Defendants' motion for summary judgment (Doc. 54) is granted; and

19    3.    The Clerk of the Court is directed to enter judgment in favor of defendants

20  and against plaintiff and to close this file.

21  DATED: February 4, 2008.

22

23

24  _____
    FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE

25

26